ANNE H. HOCKING, #88639
ahocking@donahue.com
ANDREW S. MACKAY, #197074
amackay@donahue.com
PADMINI CHERUVU, #301292
pcheruvu@donahue.com

DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California  94612-3520

Telephone:      (510) 451-3300
Facsimile:       (510) 451-1527

Attorneys for Plaintiff
TINA VINDUM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA VINDUM,<br><br>                Plaintiff,<br><br>          v.<br><br>HARPERCOLLINS PUBLISHERS LLC, a Delaware limited liability company; KATE HUDSON, an individual; BILLIE FITZPATRICK, an individual; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No.  3:16-cv-2244<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Tina Vindum ("**Plaintiff**") through her attorneys Donahue Fitzgerald LLP, alleges based on personal knowledge or on information and belief as the basis for the allegations as follows against defendants HarperCollins Publishers LLC ("**HarperCollins**"), Kate Hudson ("**Hudson**"), Billie Fitzpatrick ("**Fitzpatrick**"), and Does 1 through 10, inclusive, (together, the "**Does**", and together with HarperCollins, Hudson, and Fitzpatrick, "**Defendants**") .

## INTRODUCTION

1.      This is a suit for copyright infringement under 17 U.S.C. Sections 101, *et seq.* Jurisdiction of this Court is based on 28 U.S.C. § 1338(a) arising from Defendants Fitzpatrick and Hudson's copying of excerpts from Plaintiff's book "Outdoor Fitness" in the book "Pretty Happy," published by Defendant HarperCollins.

2.      Plaintiff is a nationally recognized and innovative fitness expert who developed a unique approach to fitness training in the outdoors and is the founder of Outdoor Fitness. She hosted the weekly syndicated radio show "Outdoor Fitness," which aired on Sirius Satellite Radio, the Sports Byline USA Broadcast Network and worldwide on the American Forces Radio network. Plaintiff has appeared on syndicated radio shows about fitness and has conducted fitness trainings since 1995. Plaintiff holds a Bachelor's Degree in Kinesiology (and will soon have a Master's degree in Kinesiology) and, as an American Council on Exercise faculty member, delivers frequent lectures and keynotes about the scientifically proven benefits of outdoor fitness. Additionally, Plaintiff often consults for fitness and outdoor companies.

3.      In 2009 Plaintiff wrote the work entitled "Tina Vindum's Outdoor Fitness," published by Falcon Guides. Copyright in the work is valid. Plaintiff registered the copyright in the work on November 3, 2010. A true and correct copy of the United States Copyright Office's Public Catalog listing Plaintiff Vindum's copyright, Registration Number TX0007283677, is attached as Exhibit A. On information and belief, HarperCollins, through its imprints William Morrow Publishers and, published a book entitled "Pretty Happy: Healthy Ways to Love Your Body," authored by Hudson with Fitzpatrick ("Pretty Happy") on February 16, 2016.

4.      Defendant Fitzpatrick was the editor of "Outdoor Fitness" whom Plaintiff hired to assist with the preparation of the manuscript for "Outdoor Fitness." Plaintiff supplied her personal

- 2 -

editor, Defendant Fitzpatrick, all of the texts of her previous writings. As Plaintiff wrote chapters of "Outdoor Fitness," she emailed them to Defendant Fitzpatrick for editing. To Plaintiff's best knowledge, Fitzpatrick has retained all of Plaintiff's texts in electronic form, including the completed draft manuscript of "Outdoor Fitness."

5.     At the end of February, 2016, Defendant Fitzpatrick contacted Plaintiff and advised her that she had co-written a book entitled "Pretty Happy," along with Defendant Hudson.

6.     Plaintiff immediately obtained a copy of the book "Pretty Happy." To her surprise, Plaintiff initially found eighteen (18) different instances of verbatim copying of sentences and phrases from "Outdoor Fitness" in "Pretty Happy," and eventually cataloged nearly thirty (30) different instances of exact copying. On information and belief, Defendant Fitzpatrick intentionally copied and paraphrased text of "Outdoor Fitness" into the text of "Pretty Happy."

7.     Defendant Hudson purports to use her own words in the text of "Pretty Happy." However, she puts into print in "Pretty Happy" words out of the mouth of Plaintiff Vindum, and ascribes to herself and her life events that Plaintiff describes in the exact same words as part of her life. *See* Paragraph 22 below, excerpts 2 and 11.

8.     By letter dated March 24, 2016, a true and correct copy of which is attached as Exhibit B, Plaintiff notified Defendant HarperCollins of eighteen (18) different instances of literal copying and comprehensive non-literal copying.

9.     By letter dated April 8, 2016, Defendant HarperCollins disputed that its actions constituted infringement. However, Defendant HarperCollins created its own chart displaying the text of "Pretty Happy" and comparing it with the text of "Outdoor Fitness." Defendant HarperCollins did not dispute that copying occurred. Defendant HarperCollins' own version of eighteen (18) copied excerpts is set forth in Exhibit C and copied into the Complaint in Paragraph 22 below. Of these eighteen (18) instances of actual copying, Defendant HarperCollins has only offered to attribute one instance of copying, excerpt 11. As of the filing of the Complaint, "Pretty Happy" thus remains on the market with all eighteen (18) different substantiated, and undisputed, instances of copying.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF          CASE NO.

10.     After initial review of the two texts, Plaintiff identified ten (10) more instances of copying. These ten (10) instances are set forth in Paragraph 24 of the Complaint.

11.     Plaintiff is informed and believes, and based thereon alleges, that *The New York Times* named "Pretty Happy" number one (1) on its Fashion, Manners and Customs Best Sellers list for March and April 2016.

## JURISDICTION AND VENUE

### Parties

12.     Vindum is an individual residing in San Francisco, California.

13.     On information and belief, HarperCollins is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 195 Broadway, New York, New York.

14.     On information and belief, Kate Hudson is an individual residing in Los Angeles, California.

15.     On information and belief, Billie Fitzpatrick is an individual residing in Massachusetts.

16.     On information and belief, Does 1 through 10, inclusive, directly or indirectly infringed Plaintiff's copyrights in "Outdoor Fitness." The true names, whether corporate, individual or otherwise of Defendants Does 1 to 10 are presently unknown to Plaintiff, who Plaintiff therefore sued under these fictitious names. Plaintiff will seek leave to amend this Complaint to show their true names and capacities when they become known to Plaintiff.

17.     Plaintiff is informed and believes that at all relevant times each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, co-conspirator, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, conspiracy and/or employment. Further, Plaintiff is informed and believes that each of the Defendants actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged in this Complaint, with full knowledge of all facts and circumstances, including but not limited to, full knowledge of each and every violation of Plaintiff's rights and damages to Plaintiff.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF     CASE NO.

## Jurisdiction

18.     This case is a civil action arising under the copyright laws of the United States, 17 U.S.C. § 101, *et seq.* (the "Copyright Act"). This Court has subject matter jurisdiction over Plaintiff's claims pursuant to 17 U.S.C. § 501, *et seq.* (copyright), 28 U.S.C. § 1331 (federal subject matter jurisdiction), 28 U.S.C. § 1338(a) (copyright actions), and 28 U.S.C. § 1367 (supplemental jurisdiction).

19.     On information and belief, the Court has personal jurisdiction over Defendants because Defendants, by placing "Pretty Happy" into the stream of commerce in California, and purposely availing themselves of the benefits and protections of California law, have had minimum contacts with California such that they could reasonably expect to be summoned to court in California.

## Venue

20.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a "substantial part of the events or omissions" on which the claim is based occurred in this District; 28 U.S.C. § 1391(c)(2), because HarperCollins is an entity "subject to the court's personal jurisdiction"; and 28 U.S.C. § 1400(a), because this is a copyright infringement action.

## Intradistrict Assignment

21.     Because this matter is an Intellectual Property Action, there is no basis for assignment to a particular location or division of the Court pursuant to Civil L.R. 3-2(c).

## GENERAL ALLEGATIONS

## Introduction

## The Business and Infringing Activities of Defendants

22.     Defendant HarperCollins identified the following eighteen (18) instances of excerpts from "Outdoor Fitness" that appear in the text of "Pretty Happy." These allegations are taken from Exhibit C to the Complaint, which is the chart created by HarperCollins and attached to their April 8, 2016 letter to Plaintiff's counsel. Defendant HarperCollins has included red text in an attempt to show differences in the text. Plaintiff has edited the chart by adding red and black bolded text to show instances of literal copying. The text also contains non-bolded text showing

comprehensive, non-literal similarities.

| Quote No. | Actual "Pretty Happy" quote: | Actual "Outdoor Fitness" Quote: |
|---|---|---|
| 1 | PG. 21<br>Chapter Two Heading<br><br>DIGGING IN AND **GETTING READY** | PG. 33<br>Chapter Three Heading<br><br>**Getting Ready** |
| 2 | 86<br>**Riding the Roller Coaster**<br><br>IT IS NO SECRET that **processed foods and sugar affect mood and blood sugar**, and make us gain weight. I had my own experience with this. **I was one of those people who got caught up in the low-fat craze** way back when. I would check out the **labels** in the grocery store, looking for foods labeled low-fat and **zero fat**. Of course, now we know that most of those low-fat foods contained tons of extra salt and **sugar** to create flavor, but back then, they seemed like the key to smart eating. I'd go for the **breads, cookies, crackers,** chips, all very processed no-fat foods **stripped of nutritional** content. Luckily, I figured out pretty quickly that this was not the way to eat. I've always been very active. During the no-fat years I was dancing, doing Pilates, and running almost ten miles a week. I **skied** during the winter and hiked whenever I could—basically I was in nonstop motion at all times. But eventually I noticed that I was **tired** a lot. Sometimes **after eating, I'd** want to **nap.** And despite how active I was, there was about fifteen pounds I couldn't lose. On my mother's recommendation, I finally went to see **a nutritionist,** who reminded me of what I really already knew—that my | 194<br>**Riding the Roller Coaster**<br><br>I learned the hard way how **processed foods and sugar affect mood and blood sugar** levels and cause fat gain. **I was one of those people who got caught up in the low-fat craze**. I became obsessed with reading food **labels** and sleuthing my way through the market in search of "**zero fat**." From **breads, cookies, and crackers** to puddings, yogurts, and sodas, I found plenty of what I was looking for: no-fat foods full of **sugar** and **stripped of** any **nutritional** value. At this time in my life, I was an athlete, **skier**, mountain biker, and inline skater. I made my living as an action sports model shooting for magazines like Men's Journal, Mountain Bike, and Skiing, and companies like Salomon, Rollerblade, and Scott, and also modeling sportswear for Patagonia, Ralph Lauren, and Fila. I had to be in shape and look like a fit athlete. The way I was eating caused a couple of big problems. My no-fat diet left me **tired** and fatigued. **After eating, I'd** feel moody, tired, irritated, and sometimes dizzy, and I'd often take a **nap** after lunch. I also got fat. I craved crackers and bread and anything sweet. Soon I found myself on a roller coaster that went like this: I'd be hired for a modeling job that required small outfits, and I would diet like a madwoman, eating only crackers, toast, nonfat yogurt, |

| | | | |
|---|---|---|---|
| | | no-fat diet wasn't doing my body any favors. It turns out my body was starving for nutrition! With her guidance, **I cut out all the processed** foods, including the crackers, the bread, the bagels. Then I added more vegetables and protein and fat. This is. when I finally started to understand how certain foods impact the body—the spikes in blood sugar that make you hungry and moody, acid-causing foods that make you feel irritable and lead to inflammation; how eating only one food group stops up the system. **In the years since that time, I've learned a new way to eat. I've learned that food is meant to energize, heal, and build my body-and**, **most of all, I learned that I should enjoy eating!** | some vegetables, and water with lemon in it. My roommates would run for cover during this time. I never understood why until a couple of years later after we'd all moved our separate ways. "You were a bear, Tina," one of them said. "You were snappish and unhappy." Yikes! It wasn't until I read a popular diet book and met with **a nutritionist** that I learned what was happening to me- I had a classic case of insulin resistance. With recommendations from my **nutritionist** and my own research, I made some big changes to my diet. **I cut out all the processed** stuff, and after one meal I started to feel better, less fatigued and sleepy. I knew then I had a problem eating **processed foods.** **In the years since, I've learned a new way to eat. I've learned that food is meant to energize, heal, and build my body, and most of all, I learned that I should enjoy eating!** |
| 3 | 90 **My approach is balanced, makes the most of high-nutrient foods, doesn't take too much planning, and will keep you satisfied**-especially when you are active. **It's a way of eating that is pleasur**able and **variety**—so you don't get sick of eating the same foods over and over—and the foods change with the **seasons**. **So many** people **begin** a new diet or **fitness program because** they **want to lose weight. You're about to learn** that finding your ideal **body** is actually quite simple. It involves **losing fat and gaining muscle.** | 188 **My approach** to eating **is balanced, makes the most of high-nutrient foods, doesn't take too much planning, and will keep you satisfied** and support your workouts. **It's a way** to **eat** with **pleasure** and **variety** through the **seasons** and the years, for a lifetime of health and well-being. **So many** of us **begin** a **fitness program because we want to lose weight. You're about to learn that** changing your **body** composition-**losing fat and gaining muscle.** |
| 4 | 91 • Lose a significant percentage of your overall **body fat** • **Increase** your **muscle tone** • **Decrease** your **daily stress** • **Increase feelings of** calm, clarity, and contentment | 189 • Losses of 7 to 15 pounds of pure **body fat** • Fat loss of 3 to 7 percent • **Increased muscle** and **tone** • **Decrease** in **daily stress** • **Increase**d **feelings of** happiness and |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF     CASE NO.

| | | | |
|---|---|---|---|
| 1 | | | well-being |
| 2–7 | 5 | 93<br>**there's no substitute for knowledge when it comes to learning how to eat** intuitively. I've compiled for you a brief overview of the basics about food and nutrition—this will empower you to make the best choices, achieve your ideal body weight, and sustain this way of eating **for a lifetime**. | 199<br>Nutrition<br><br>**There's no substitute for knowledge when it comes to learning how to eat** well **for a lifetime**. |
| 8–11 | 6 | 94<br>These components **provide your body with** essential **calories for energy, metabolism,** brain functioning, **and growth**. ***Macro simply*** refers to the fact that these nutrients form the basis of your meals. | 199<br>They **provide your body with calories for energy, metabolism, and growth**. **Macro simply** means you'll consume them in large amounts. |
| 12–28 | 7 | 94<br>**Proteins** are **made up of amino acids** that **your body needs to build and maintain muscle, repair tissues, reproduce cells, maintain** hormone **function, and** keep your **immune system** operating. Proteins are either "**complete**" or "**incomplete**." **Complete proteins** are those that **contain all the essential amino acids** (the building blocks of proteins). **These proteins** are **high** in **quality** and **are easily** absorbed by our bodies: **egg whites are considered the highest-quality protein;** other complete **proteins** include **fish, chicken, turkey, lean beef,** low-fat hard **cheese,** tofu, and whey or soy protein powder.<br>**Incomplete proteins are** plant proteins that lack one or more of the essential amino acids; they include beans and legumes, nuts, and some whole grains. **Com-bining** plant proteins is a good way to get dense, nutritious protein at every meal | 199-200<br>**Protein is made up of amino acids. Your body needs** protein **to build and maintain muscle, repair tissues, reproduce cells, maintain hormone function,** and strengthen **your immune system.**<br>There is often confusion about identifying proteins, particularly in distinguishing between **complete** proteins and **incomplete** proteins, and learning how to combine them in a healthy, balanced diet.<br>**Complete proteins contain all of the essential amino acids. These high-quality proteins are easily** digested and used by the body. **Egg whites are considered the highest-quality protein**—they're easy for our body to assimilate, and they are the standard used in determining protein quality. In addition to egg whites, high-quality sources of **protein** include **fish, chicken and turkey** (white meat is better for you), **lean beef, low-fat** cottage **cheese, tofu, and whey or soy protein powder. Incomplete,** or complementary, **proteins are plant proteins that lack one or more of the essential amino acids. As a** |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF     CASE NO.

| | | | |
|---|---|---|---|
| | | | result, these proteins are less efficient and/or useful for your body and should be combined with other foods to create a complete protein. For example, **combining** beans with rice results in a complete protein that contains all essential amino acids. There are many easy, appealing ways to combine incomplete proteins to create a serving with all the essential amino acids. Wholewheat bread and peanut butter, whole-grain toast and a glass of milk, and whole-grain cereal with skim milk are a few examples. |
| | 8 | 94 **Carbohydrates are your body's primary fuel and** energy **source. Your muscles need carbs to function, as do your brain and central nervous system.** Remember my low-fat diet that left me feeling so fatigued? When I took out the carbs, I had no energy! **Carbs break down into** good **sugars (glucose and glycogen)** that **your body** then converts into usable energy. **When your body gets the right carbs, your blood sugar** stabilizes, you feel balanced—not **hungry—and** you **maintain** steady **energy levels throughout the day** (though you will see that it's important to eat frequently so that your energy doesn't dip and trigger a not-so-good choice!). Sources of good carbs include **vegetables, fruits,** whole **grains,** small amounts of certain kinds of **pasta,** and some **dairy products.** | 201 **Carbohydrates are your body's primary fuel source. Your muscles need carbs to function, as do your brain and central nervous system. Carb**ohydrates **break down into sugar (glucose** then **glycogen)** in **your body. When your body gets the right carbohydrates, your blood-sugar** levels will **stabilize**, which means you will feel less **hungry and maintain** even **energy levels throughout the day.** Examples of carbohydrates include **vegetables, fruits, grains, pastas,** sweets, and many **dairy products**, like milk and yogurt. |
| | 9 | 94-95 Sources of good carbs include vegetables, fruits, whole grains, small amounts of certain kinds of pasta, and some dairy products. The best carbs also contain **high** amounts of **fiber,** which slows down digestion and allows the body to take in enough nutrition to produce the energy it needs without | 202 Diets **high** in **fiber** reduce the risk of heart disease, obesity, and diabetes, as well as help reduce cholesterol. Not all carbohydrates are alike, however. **Starchy,** sugar-filled **carb**ohydrates cause your **blood sugar** levels to rise quickly. These foods will give you a quick boost in energy, but it's temporary, |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF      CASE NO.

| | | | |
|---|---|---|---|
| | | driv-ing up glucose levels. For example, rice is **starchy carb**, but whole-grain rice (i.e., brown rice) contains more fiber and has less of an impact on **blood sugar**: Packaged carbs such as crackers, cookies, store-bought breads, and enriched white rice and pasta all contain less fiber and more sugar. **These types of carbs send your blood sugar spiking**, cause a quick **crash** of energy after the initial surge, and have less **nutritional value**. | and your blood sugar levels will drop just as quickly. You'll feel that familiar "**crash**," mentally, physically, and emotionally. You'll start craving those same foods to lift your body from its low. Pretty soon you're in a constant cycle of crashing and craving. To avoid this exhausting, unhealthy roller coaster, stay away from starchy and sugary carbs like white bread, white rice, crackers, cookies, cakes, pies, candy, sweetened yogurts, and ice cream. Not only do **these types of carbs send your blood sugar spiking**, they also have little **nutritional value** and are considered "empty calories." |
| 10 | 95 [TEXT BOX] **SUGAR AND YOUR SYSTEM** **The body has two primary sources** of energy: fat and sugar. **All carbohydrates turn into sugar** when they're broken down in the digestive system. **This sugar** converts first into **glucose and then** into **glycogen** and is either used by **your muscles** or **stored** as fat. In other words, if your muscles don't use up the glycogen, it converts into **fat**. This is one of the main causes of type 2 diabetes; too much sugar in the blood causes an increase in both the insulin release and fat storage. The body simply can't break down all the sugar and use it as fuel. **This is one of the reasons low-carb diets** became **so popular; when the body** has fewer **carbs** in the diet, it **burns** its **fat** stores for energy. **Unfortunately,** the body needs carbs for energy; when it relies only on fat, it sets of a negative chemical reaction that eventually creates a highly acidic environment in the gut and makes us sick. | 203, 225 [TEXT BOX] **Sugar and Your System** **The body has two primary** fuel **sources: fat and** sugar (also called glycogen). Carbohydrates – **all carbohydrates – turn into sugar** in your body. **This sugar** becomes the fuel source **glucose and then glycogen.** Glucose gets converted into glycogen and is **stored** in **your muscles** and liver to be used as fuel. Once these stores are full, the excess is then rerouted – it's like a waterfall spilling over into your **fat** stores. It's actually the easiest way for your body to produce and store fat. **This is one of the reasons** why **low-carbohydrate diets** are **so popular**. **When the body** reduces **carb**ohydrates to a certain level, it causes glycogen depletion and causes your body to **burn** primarily **fat** as its fuel source. **Unfortunately,** these days fast-burning carbs are a major part of the SAD (standard American diet), and it is this diet that is creating a generation at risk for fatty liver disease. |
| 11 | 126 Go Outside! | 2 Chapter 1 |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF     CASE NO.

The Power of Outdoor Fitness

I'M A NATURE girl! I never feel more alive and in harmony with myself as I do when I am outside, enjoying the beautiful outdoors. I can get lazy and some-times have to push myself outside to remind myself how good it feels. My mind simply feels more space and peace and my body feels invigorated in fresh air. So this lesson is all about getting outside to awaken your body and strengthen its spirit. Try this quick exercise that I learned from Outdoor Fitness coach Tina Vindum:

"Imagine you are stepping lightly over grass and fallen leaves, your feet sinking into the softness. You hear a light crunch underneath as your feet, then legs, and then your arms begin to move and find their rhythm. You notice the grass and leaves are still a bit wet from the dew-or did it rain last night? You don't mind. You breathe, taking in the slightly musty smell of the autumn leaves. You listen as birds call to one another. You hear cars passing in the distance.

You let thoughts of the coming day pass through your mind, then you let them go into the ether. You breathe in, you breathe out. Your skin begins to tingle, and then you break a light sweat as your pace increases.

All your senses are alive as you feel the sun break through the tall trees, finding your face, warming it. You are moving through the morning air. You don't want to run-just walk more briskly. You begin to pump your arms, holding your elbows in tightly to increase your pace. Feeling through your feet, the ground seems to be talking to you. You feel the muscles down the entire length of your legs flex and release as you move. Your abs are firm, your back feels strong and supple, and the tightness in your hips and aches in your knees have

Imagine you are stepping lightly over grass and fallen leaves, your feet sinking into the softness underfoot. You feel your body warming as your feet, legs, and arms begin to move and find their rhythm. You notice the grass and leaves are still a bit wet from the dew- or did it rain last night? You don't mind. You feel the sun warming your face. You breathe, taking in the slightly musty smell of the molten leaves. You listen to the early morning birds calling to one another. You hear cars passing in the distance outside the park. Thoughts of the coming day enter your mind-you let them pass. You breathe in, you breathe out, savoring each moment. Your skin begins to tingle and then break a light sweat as your pace increases. Your body feels alive with adrenalin, endorphins, and energy. Feeling through your feet, the ground seems to be talking to you. You feel the muscles down the entire length of your legs flex and release as you move. Your abs are firm, your back feels strong and supple. The tightness in your hips and aches in your knees have melted away. It's the start of a new day, a new day to move your body, awaken your mind, and renew and revitalize your spirit. You've never felt clearer, stronger, and more comfortable in your own skin.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF          CASE NO.

| | | | |
|---|---|---|---|
| | | become memories. You breathe in and out. **It's the start of a new day, a new day to move your body, awaken your mind, and renew and revitalize your spirit.** Your body, mind, and heart thank you for this surge of **adrenaline, endorphins, and energy. You've never felt clearer, stronger, and more comfortable in your own skin."** | |
| | 12 | 129<br>But the really amazing experience that we have when we are outside in the fresh air is what is called the **biophilia** effect (biophilia **literally means "love of life"). Hypothesized by Harvard biologist E.O. Wilson** in his 1984 book by the same name, (biophilia is based on the idea that all living **beings have an** "innate **affiliation to other living** organisms." | 11<br>The concept of **biophilia**, which **literally means "love of life,"** was first **hypothesized by Harvard biologist E.O. Wilson.** Wilson theorized that human **beings have an** intrinsic and emotional **affiliation to other living** things. |
| | 13 | 129<br>**Why is it so important for us to connect with nature and be outdoors? Because mounting research shows the profound effect that fresh air, plants, trees, and natural outdoor elements have on our health and well-being. When we spend time outdoors, especially while being active,** we **can** literally shift our **mood,** become **more positive** in our thoughts, and **feel more** in **harmony with** ourselves and **the world around** us. | 5<br>**Why is it so important for us to connect with nature and be outdoors? Because mounting research shows the profound effect that fresh air, plants, trees, and natural outdoor elements have on our health and well-being. When you spend time outdoors, especially being active,** you **can** lift your **mood,** think **more positiv**ely, **feel more** internal calm, and experience greater **harmony with the world around** you. |
| | 14 | 129<br>Many of us know that we need **sunlight** in order to feel healthy and optimistic, and those who suffer from **seasonal affective disorder** (SAD) in the dark months of winter know this to be true even more intensely. | 5<br>**Sunlight** directly affects the levels of serotonin and the hormone melatonin created in our bodies.<br>When we have sufficient serotonin levels, we feel suffused with a sense of well-being – we feel calm, alert, capable. Lack of sunlight—and the lack of serotonin that comes with it – is linked to **Seasonal Affective Disorder,** PMS, depression, irritability, weight gain, alcohol abuse, and migraines. Our sleep is disrupted when we don't generate enough melatonin, which is released in darkness and helps regulate our |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF    CASE NO.

| | | | |
|---|---|---|---|
| 1 | | | biological clock, aiding us to sleep. |
| 2-15 | 15 | 129<br>And though **recent studies have shown that being in a natural, outdoor environment is one of the very best things you can do for your health**, amaz-ingly, working Americans typically spend 92 percent of each day indoors. **Tina Vindum,** former downhill racer, outdoor fitness trainer, and author, has done a ton of research on the benefits of exercise in the outdoors; here's what she says you are missing out on:<br>Levels of serotonin, a neurotransmitter that helps regulate our mood, rise when we are outside.<br>A study at the University of Queensland found that regular outdoor runners were less anxious and depressed than people who ran indoors on a treadmill, and had higher levels of pose-exercise endorphins (the feel-good brain chemicals associated with runner's high). | 6<br>**Recent studies have shown that being in a natural, outdoor environment is one of the very best things you can do for your health**. The findings include:<br>•Levels of serotonin, a neurotransmitter that helps regulate our mood, rise when we are outside.<br>A study conducted at the University of Queensland in Australia found that regular outdoor runners were less anxious and depressed than people who ran indoors on a treadmill, and they had higher levels of post-exercise endorphins, the feel-good brain chemicals associated with "runner's high." |
| 16-28 | 16 | 129<br>And though recent studies have shown that being in a natural, outdoor environment is one of the very best things you can do for your health, amaz-ingly, working Americans typically spend **92 percent** of each day **indoors**. **Tina Vindum,** former downhill racer, outdoor fitness trainer, and author, has done a ton of research on the benefits of exercise in the outdoors; here's what she says you are missing out on: Levels of serotonin, a neurotransmitter that helps regulate our mood, rise when we are outside. A study at the University of Queensland found that regular outdoor runners were less anxious and depressed than people who ran indoors on a treadmill, and had higher levels of pose-exercise endorphins (the feel-good brain chemicals associated | 6<br>The EPA estimates that we spend more than **90 percent** (many scientists argue this number is higher) of our time **indoors**, inside our homes, our offices, and our cars—we rarely connect with nature and the outdoors. |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF    CASE NO.

| | | |
|---|---|---|
| | with runner's high). | |
| 17 | **130**<br>It's simply **a biological fact that our bodies** are programmed to find the **eas**iest way to complete tasks they possibly can. **So in a gym workout, whether using** cardio **equipment, free weights, or a circuit training machine, your body will quickly learn what it has to do,** which **is why** people **reach a** plateau **so quickly and why the results** produced in a **gym setting eventually** lessen. But **in the outdoors, your body is constantly adapting as it moves up, down, diagonally, or side to side.** | **7**<br>**It's a** scientific **fact**: **Our bodies** are smart. They look for the **easy** route, the path that requires the least amount of work. This means our bodies adapt quickly to exercise patterns. **So in a gym workout, whether** you're **using equipment, free weights, or a circuit training machine, your body will quickly learn what it has to** do and will switch on autopilot, exerting the least amount of effort possible to complete the task. This **is why** you **reach a** plateau so quickly and why the results you get in a **gym setting eventually** taper off. It's nearly impossible to reach your full potential exercising this way.<br>**In the outdoors, your body is constantly adapting to new actions as it moves up, down, diagonally, or side to side.** |
| 18 | **131**<br>Being outside also **appeals to our sense of play and adventure**. Like I've said, I spent my **childhood** outside! And most of us do—we **run, jump and skip**. Why not reactivate this sense of play and fun for ourselves now?! | **9**<br>I like to call my workouts "clean dirty fun" because each and every workout **appeals to our sense of play and adventure**. **Childhood** is the stage when people typically spend the greatest amount of time outdoors at play — **run**ning, **jump**ing, **and skip**ping. We can experience that same fun as adults in Outdoor Fitness. |

23.     For the sake of clarity, Plaintiff notes that Excerpt 11, as it appears in both books does *not* have the attribution or quotation marks in Defendant HarperCollins' chart. The excerpt actually reads:

> Imagine you are stepping lightly over grass and fallen leaves, your feet sinking into the softness. You hear a light crunch underneath as your feet, then legs, and then your arms begin to move and find their rhythm. You notice the grass and leaves are still a bit wet from the dew-or did it rain last night? You don't mind. You breathe, taking in the slightly musty smell of the autumn leaves. You listen as birds call to one another. You hear cars passing in the distance. You let thoughts of the coming day pass through your mind, then you let them go into the ether. You breathe in, you breathe out. Your skin begins to tingle, and then you break a light sweat as your pace increases. All your senses are alive as you

feel the sun break through the tall trees, finding your face, warming it. You are moving through the morning air. You don't want to run-just walk more briskly. You begin to pump your arms, holding your elbows in tightly to increase your pace. Feeling through your feet, the ground seems to be talking to you. You feel the muscles down the entire length of your legs flex and release as you move. Your abs are firm, your back feels strong and supple, and the tightness in your hips and aches in your knees have become memories. You breathe in and out. It's the start of a new day, a new day to move your body, awaken your mind, and renew and revitalize your spirit. Your body, mind, and heart thank you for this surge of adrenaline, endorphins, and energy. You've never felt clearer, stronger, and more comfortable in your own skin.

24.   After the initial review, Plaintiff identified ten (10) further instances of exact copying outlined below. The bolded black text shows instances of literal copying. In addition, the text also contains comprehensive, non-literal similarities.

| Quote No. | "Pretty Happy"<br>Page # | "Outdoor Fitness"<br>Page # |
|---|---|---|
| 19 | 95<br><br>**Micronutrients are** the **vitamins, minerals, and trace elements found in foods** or taken in supplement form**. | 204<br><br>**Micronutrients are vitamins, minerals, and trace elements found in foods.** |
| 20 | 96<br>The Four Rules of **Eat**ing **Well**<br><br>**LOSING FAT AND** arriving at **your ideal body** weight **is not about deprivation; it is about creating healthy habits that you can** realistically live with forever.<br><br>My approach to eating well is made up of **four** simple rules**:**<br>1. Choose **well**.<br>2. **Control** your **portion**s.<br>3. **Eat often**.<br>4. **Eat the right combination of foods**.<br><br>When you combine these four rules with even a moderate level of physical activity**, you will begin to lose fat and gain muscle.** You might not see a big difference on the scale, but trust **that your body composition** | 193<br><br>**Losing fat and** maintaining **your ideal body** composition **is not about deprivation; it is about creating healthy habits that you can** maintain and incorporate into your lifestyle.<br><br>With these **four** principles— eating **well**, **eat**ing **often**, using **portion control**, and **eat**ing **the right combination of foods** – you have a road map for a lifetime of healthy eating and weight control.<br><br>**You'll** start out by **los**ing **fat and gain**ing **muscle**. Once you've reached **your body composition** goal, you can use these same strategies to maintain **your body composition** and weight, as well as preserve and protect your health. |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF         CASE NO.

| | | |
|---|---|---|
| | is changing and you will look leaner and feel lighter. | **Eat Well** |
| 21 | 96<br><div align="center">CHOOSE **WELL**</div>**Simple whole foods are your ticket to a great body, inside and out. Fruits, vegetables, and whole grains can be found in abundance wherever you live** these days, **and these foods should be**come **the foundation of** all of **your** snacks and meals.**<br><br>Think about these four guidelines to choosing well:<br><br>• **Eat a variety of foods. Choose vegetables and fruits of many colors. A colorful diet is also a well-balanced diet** high in vitamins and minerals and fiber. **Take a look in your fridge**: **Do you see** a lot of color?<br>• **Eat seasonally and locally**<br>• **Pile on the vegetables**<br>• **Drink your water**: Our bodies **need at least eight to ten glasses of water a day.** We've all heard this a million times, and yet so many of us still don't get our water in. The eight to ten glasses include herbal tea or flavored water. **You** want to **avoid sodas, energy drinks, sugary beverages**, and other "flavor-enhanced" potions. Per the CDC, **keep alcohol** consumption **to a minimum—one drink per day for women and two drinks per day for men is considered moderate. In combination with fresh,** whole **foods, plenty of water will make you feel satiated and energized.** | 193<br><div align="center">EAT **WELL**</div>**Simple**, **whole foods are your ticket to a great body, inside and out. Fruits, vegetables, and whole grains can be found in abundance wherever you live, and these foods should be the foundation of your** everyday eating.<br><br>Here are a few steps that can help you make the most of simple, whole-food eating without getting bored:<br><br>• **Eat a variety of foods. Choose vegetables and fruits of many colors. A colorful diet is also a well-balanced diet**. **Take a look in your fridge**: **do you see** an assortment of red, yellow, green, white, purple and orange?<br>• **Eat seasonally and locally**<br>• **Pile on the vegetables**<br>• **Drink your water**: You **need at least 8 to 10 glasses of water per day**. Avoid sodas, energy **drinks,** and other **sugary beverages. Keep alcohol to a minimum—one drink per day for women and two drinks per day for men is considered moderate. In combination with fresh** natural **foods, plenty of water will leave you feeling satiated and energized.** |
| 22 | 98<br><div align="center">**[TEXT BOX]**</div>**The Belly Fat Problem**<br><br>**High levels of cortisol—the hormone** our bodies release when we experience **stress— have been shown to contribute to** a **higher level of fat in the body, especially deep belly fat. Many factors can lift your levels of cortisol—**chronic **stress, lack of sleep, smoking, and drinking alcohol** excessively, to name a few. | 192<br><div align="center">**[TEXT BOX]**</div>**The Belly Fat Problem**<br><br>**High levels of cortisol—the stress hormone--have been shown to contribute to higher levels of fat in the body, especially deep belly fat. Many factors can lift your levels of cortisol—**too much **stress,** a **lack of sleep, smoking, and drinking alcohol.** |

| | | The good news… | Here's **the good news…** |
|---|---|---|---|
| | 23 | 98<br>**Control** Your **Portion**s<br><br>You don't have to use a **calculator** or a measuring cup at every meal. It goes without saying that **portion sizes** at many "casual restaurants" in this country are **out of control—**from **supersized** sodas to value meals. **Americans** have created an obesity epidemic[.]<br><br>So as a rule of thumb, think of these **"eyeball" portion** guides as a way to stop **mindlessly eating** when you are way past your hunger point.<br><br>• **Protein: size of the palm of your hand**<br>• Starchy **carb**s (like rice, pasta, or potatoes): the **size of your fist**<br>• **Whole grains**: size of two fists<br>• **Fruits and vegetables**: size of two palms<br>• **Fats** (such as olive **oil**, avocado, or **peanut butter**): size of two thumbs | 195-196, 223<br>Practice **Portion Control**<br><br>Portion control takes the place of calorie counting, a simple method that you can use anytime, anywhere – no scribbling, no **calculator**s, no numbers to remember.<br><br>**Portion sizes** have spun **out of control**: Everything is **super-sized**. I believe this out-of-control portioning is part of the reason why more than 65 percent of **Americans** are overweight.<br><br>Start **"Eyeballing" Portions**<br><br>Create a plate based on these, **and you'll never find** yourself **mindlessly** over-**eating.**<br>• A serving of **protein** is about the **size of the palm of your hand**. Just the palm – not the fingers, too!<br>• A serving of **carb**ohydrate is about the **size of your fist**. Think of a small apple.<br>• For chopped **fruits, vegetables**, and cooked **whole grains**, a serving is about what you can hold in your cupped hand, roughly ½ cup.<br>• For **whole-grain** cereal, and berries, a serving is about the size of a base-ball, 1 cup.<br>• A serving of **fats** and **oil**s is a small amount; use these foods sparingly. |
| | 24 | 99<br><br>EAT FREQUENTLY<br><br>Classic diet advice is to eat only three meals a day, but more current nutritional guidelines recommend that we **eat five times a day—three meals** with **two** healthy snacks in between—to maintain proper blood sugar balance.<br>• **Eat breakfast within** thirty minutes | 196, 224<br><br>EAT FREQUENTLY<br><br>To keep your metabolism gong all day long, try the following:<br>• **Eat breakfast within** two hours **of waking** up.<br>• **Eat five** to six **times** throughout the **day.** This should **include** |

- 17 -

| | | |
|---|---|---|
| | of waking<br>• Eat every **four hours**, and include **three meals and** at least **two snacks.**<br>• **Choose a time**—at least **two hours before bed**—to **stop eating** for the day. | **three meals and two** or three **snacks.**<br>• Do not let more than **four hours** pass between one meal and the next.<br>• **Choose a time** in the evening to end all **eating**. The best time is **two** to three **hours before** you plan go to **bed.** |
| 25 | 100<br>**COMBINE** YOUR **FOODS SO THEY DELIVER**<br><br>This rule is also basic, but I think it's worth pointing out: **every meal should contain a combination of protein, carbs**, fiber, **and fat.**<br><br>This combination is not just so your body gets sufficient nutrition: the combination itself is the most **satisfying** and satiating.<br><br>(Check out **the Good Food List** on the next page to help you decide what's **good and not so good** for you.) | 197<br>**COMBINE FOOD** TYPES<br><br>**Every meal** you eat **should** have a **combination of protein, carbohydrates, and fat.**<br><br>You need all these elements in your daily diet in order to feel **satisfied**, think clearly, and to keep your energy up[.]<br><br>**The food list** in the Food Facts section breaks down **the good and the bad** of proteins, carbs and fats, so you'll never have to guess what's the best choice for your body. |
| 26 | 111<br>**EATING INTUITIVELY**<br><br>**A REMARKABLE THING HAPPENS when you eliminate the junk from your diet: the cravings for fatty, sugar-laden, and salty snacks will disappear.**<br><br>Eating well will soon become second nature to you. The more whole foods and the fewer processed sweet and salty foods you eat, the stronger your brain-body signals become. Your body will let you know if the way you're eating is good or bad for you. And if you've indulged in a little too much of something that is not so good every once in a while—no big deal. | 199<br>**EATING INTUITIVELY**<br><br>**A remarkable thing happens when you eliminate the junk from your diet: The cravings for fatty, sugar-laden, salty snacks will disappear.**<br><br>Then, when you do eat them, your new body will rebel in no uncertain terms, leaving you feel-ing unwell. Free of the cravings for processed foods, your body will start to crave natural, healthful whole foods. Soon, the gap between the foods you want and the foods you should eat will disappear. Your intuitive sense of what your body needs will help keep you on the right track, eating simply, often and for long-term good health. |
| 27 | 101<br>**[TABLE]**<br>**GOOD FOOD LIST**<br><br>GOOD **CARBS**<br>**Artichokes** | 225<br>**[TABLE]**<br>The **Good** Stuff, a Sample **Food List**<br><br>Fibrous **Carbohydrates**<br>**Artichokes** (steamed or boiled)<br>**Asparagus** |

| | |
|---|---|
| **Asparagus** | **Broccoli** |
| **Broccoli** | **Brussels sprouts** |
| **Brussels sprouts** | **Cabbage** |
| **Cabbage** | **Cauliflower** |
| **Cauliflower** | **Celery** |
| **Celery** | **Collard greens** |
| **Collard greens** | **Cucumbers** |
| **Cucumbers** | **Eggplant** |
| **Eggplant** | **Green beans** |
| **Green beans** | **Lettuces** |
| **Lettuces** | **Mushrooms** |
| **Onions** | **Onions** |
| **Peppers** | **Peppers** (green, red, yellow) |
| **Snow peas** | **Snow peas** |
| **Spinach** | **Spinach** |
| **Sprouts** | **Sprouts** |
| **Tomatoes** | **Tomatoes** |
| **Turnips** | **Turnips** |
| **Yellow squash** | **Yellow squash** |
| **Zucchini** | **Zucchini** |
| | |
| FRUITS **(SIMPLE CARBS)** | **Simple Carb**ohydrate**s** |
| Apples | **Blueberries** |
| **Blackberries** | **Blackberries** |
| **Blueberries** | **Cantaloupe** |
| **Cantaloupe** | **Cherries** |
| **Cherries** | **Grapefruit** |
| Coconuts | **Kiwi** |
| Figs | **Lemons** |
| **Grapefruit**s | **Limes** |
| **Kiwi**s | Milk (nonfat) |
| **Lemons** | **Oranges** |
| **Limes** | **Peaches** |
| **Oranges** | **Pears** |
| **Peaches** | **Plums** |
| **Pears** | **Raspberries** |
| **Plums** | **Strawberries** |
| Pomegranates | Yogurt (plain, nonfat) |
| **Raspberries** | |
| **Strawberries** | Complex Carbohydrates |
| | **Multigrain** hot **cereal** |
| WHOLE GRAINS | Old-fashioned **oat**s |
| **Multigrain cereal** (or steel-cut **oat**meal) | Whole-grain cereal |
| | |
| **BREADS AND CRACKERS** | **Breads and Crackers** |
| **Sprouted wheat** | Bran-a-crisps |
| **Whole-grain pita** | **Pita (whole-grain)** |
| | Ryvita (multigrain) |
| | **Sprouted Wheat** |
| **PROTEINS** | |
| **Abalone** | **Protein** |
| **Beef tenderloin** | **Beef tenderloin** |
| **Buffalo** | **Buffalo** |
| **Calamari** | **Chicken breast** (no skin) |
| **Chicken breast** | **Cornish hens** (no skin) |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF     CASE NO.

| | |
|---|---|
| **Cod** | Deli meats (low-fat, low-sodium) |
| **Cornish hens** | **Lean ground beef** |
| **Crab** | **Lean ground turkey** |
| **Haddock** | Lean ham |
| **Halibut** | **Pork tenderloin** |
| **Lean ground beef** | Top round |
| **Lean ground turkey** | Top **sirloin** steak |
| **Lobster** | **Turkey breast** (no skin) |
| **Mackerel** | **Veal chop** |
| **Oysters, mussels, and clams** | **Veal** top round |
| **Pork tenderloin** | **Abalone** (no breading) |
| **Prawns** | **Calamari** (no breading) |
| **Salmon** | **Cod** |
| **Scallops** | **Crab** |
| **Sea bass** | **Haddock** |
| **Shrimp** | **Halibut** |
| **Sirloin** | **Lobster** |
| **Snapper** | **Mackerel** |
| **Tuna** | **Oysters, mussels, and clams** |
| **Turkey breast** | **Prawns** |
| **Veal chop** | **Salmon** (fresh and canned) |
| | **Scallops** |
| | **Sea bass** |
| | **Shrimp** |
| | **Snapper** |
| | **Tuna** (fresh and water-packed canned) |
| | |
| **PROTEIN—DAIRY** | **Protein, Dairy** |
| **Cottage cheese** | **Cheese** (fat-free or **low-fat** [1–2% fat] varieties) |
| **Egg whites** | **Cottage cheese** |
| **Feta** | **Egg whites** and egg substitutes |
| **Low-fat cheese** | Tofu (low-fat or light variety) |
| **Parmesan** | Unsweetened soy milk |
| **Provolone** | |
| | **Protein Powders** |
| **Protein Powders** | **Egg white** |
| **Egg white** | Unsweetened **soy** |
| **Soy** | Unsweetened **whey** |
| **Whey** | |
| | **Fat**ty Proteins (Use sparingly) |
| **FATS** | **Almonds** |
| **Almonds** | **Brazil nuts** |
| **Brazil nuts** | **Cashews** |
| **Cashews** | **Peanut butter**, (1 teaspoon) |
| Oils: coconut, flax, olive, peanut, soybean, walnut | **Peanuts** |
| **Peanut butter** | **Pistachios** |
| **Peanuts** | **Walnuts** |
| **Pistachios** | **Feta** cheese |
| **Walnuts** | Mozzarella |
| | Parmesan |
| | Provolone |
| | Ricotta |
| | String Cheese |

| 104 | 228 |
|---|---|
| **[TABLE]**<br>NOT SO-GOOD FOOD LIST | **[TABLE]**<br>Take a pass on: |
| **HIGH IN SUGAR** | Foods **High in Sugar** |
| **Barbecue sauce**<br>Cakes/cupcakes<br>**Candy**<br>**Cocktail sauce**<br>**Condiments**<br>**(ketchup**, mayonnaise)<br>Cookies<br>**Ice cream**<br>**Jams and jellies**<br>Most nutrition **bars** | Asian chili sauce (check sugar content)<br>**BBQ sauce**<br>**Candy**<br>**Cocktail sauce**<br>**Condiments**<br>**Ice Cream**<br>**Jams and jellies**<br>**Ketchup**<br>Power **bars**, energy **bars**<br>Sugar and sugar-laden foods |
| **STARCHY CARBS** WITH LITTLE FIBER<br>**Cakes**<br>**Cookies**<br>**Doughnuts**<br>**Matzo**<br>**Packaged** or instant **oatmeal**<br>**Pastries**<br>**Pies**<br>**Pretzels**<br>**Rolls**<br>Sweetened **cereals**<br>White or enriched **pasta**<br>White **rice** | **Starchy Carbohydrates**<br>Breads and bagels, white and wheat<br>**Cakes**<br>**Cereals**<br>**Cookies**<br>**Donuts**<br>**Matzo**h<br>**Pasta**<br>**Pastries**<br>**Pretzels** and crackers<br>Quick oats and **packaged oatmeal**<br>**Rice** and rice products, rice cakes<br>**Rolls**<br>**Pies**<br>White flour |
| **DAIRY**<br>**Cream cheese**<br>**Cream** or **half-and-half**<br>**Frozen yogurt**<br>**Full-fat cheese**<br>**Ice cream**<br>**Milk**<br>**Sour cream** | **Dairy**<br>**Cream**<br>**Cream cheese**<br>**Frozen yogurt**<br>Fruit yogurts (all)<br>**Full-fat cheese**s<br>**Half and half**<br>**Ice cream**<br>**Milk** (full-fat)<br>**Sour cream** |
| BAD **FATS**<br>**All trans fats**<br>**Butter**<br>**Margarine** | **Fats**<br>**All trans fats**<br>**Butter** (use sparingly)<br>**Margarine** |

- 21 -

### FIRST CLAIM FOR RELIEF

### Copyright Infringement

### (By Plaintiff Against All Defendants)

25.     Plaintiff re-alleges and incorporates each of the allegations in the preceding paragraphs of this Complaint by reference.

26.     Plaintiff is the author of "Outdoor Fitness" and owns the copyright registration for "Outdoor Fitness," issued on November 3, 2010, Registration Number TX0007283677, Exhibit A, which is valid and subsisting.

27.     Defendants had access to "Outdoor Fitness" because it was published in 2009, before the authorship of "Pretty Happy." In addition, Defendant Fitzpatrick had a computerized manuscript of "Outdoor Fitness" because she was Plaintiff Vindum's personal editor when Vindum wrote "Outdoor Fitness." Defendant Fitzpatrick also had computerized versions of all the texts that Plaintiff had previously written. Almost thirty (30) different instances of literal or comprehensive non-literal copying of text of "Outdoor Fitness" occur in "Pretty Happy." The instances of literal and comprehensive non-literal copying of parts of "Outdoor Fitness" in "Pretty Happy" are set forth in Paragraphs 22 through 24 above, including a comparison authored by Defendant HarperCollins, which is set forth in Paragraph 22. In writing, publishing, and distributing "Pretty Happy," Defendants have violated Plaintiff's exclusive rights to (1) reproduce her copyrighted work; (2) prepare derivative works based upon her copyrighted work; and (3) distribute copies of her copyrighted work.

28.     None of the Defendants, nor their agents or employees, asked for or received permission from Plaintiff to reproduce portions of "Outdoor Fitness" in "Pretty Happy."

29.     Plaintiff was not asked to and did not provide permission to Defendants or any of them to reproduce parts of "Outdoor Fitness" in "Pretty Happy."

30.     Defendant Hudson identifies "Four Pillars" to apply in practice to achieve Defendant Hudson's fitness and well-being goals. Two of those Four Pillars, "Pillar Two: Eating Well" and "Pillar Three: Awaken your Body" contain almost thirty (30) different excerpts and paraphrases from "Outdoor Fitness." There are three parts to "Pretty Happy." "Pretty Happy" has

227 pages of text; 150 of those pages are in Part Two. Approximately half of Part Two consists of excerpts from, or paraphrases of, Plaintiff's "Outdoor Fitness." Thus conservatively, approximately thirty percent (30%) of the text of "Pretty Happy" consists of excerpts and paraphrases from Plaintiff's "Outdoor Fitness." Moreover, as the Four Pillars are the core of Defendant Hudson's message, qualitatively the copying of two of the Four Pillars from "Outdoor Fitness" means that approximately half, rather than a third, of the "Pretty Happy" text is copied from or a paraphrase of the text in "Outdoor Fitness."

31.     These acts and omissions constitute willful and intentional, infringement of Plaintiff's copyright for "Outdoor Fitness" in violation of the Copyright Act, 17 U.S.C. § 501.

32.     Defendants have been on actual notice of Plaintiff's claim of copyright infringement since March 24, 2016 and have continued willfully to infringe Plaintiff's copyrights by selling copies of "Pretty Happy."

33.     Defendants have refused to cooperate with counsel for Plaintiff in resolving the dispute, claiming that only one of the defendants, Fitzpatrick, is liable, and further claiming that although verbatim copyright is not disputed, there is no "copying," but permissible similarities based on the scenes a faire doctrine.

34.     Through the infringing acts alleged above, Defendants have violated Plaintiff's exclusive rights under 17 U.S.C. § 106. Defendants, and each of them, are jointly and severally liable for all damages from these violations of Plaintiff's rights.

35.     The infringing acts of Defendants have resulted in direct and indirect profits to them from sales of "Pretty Happy" that are attributable to almost thirty (30) different copied excerpts from "Outdoor Fitness." These profits would not have been realized by Defendants but for the infringement of Plaintiff's work. Such profits should be accounted for, and Defendants should disgorge to Plaintiff all profits directly and indirectly attributable to Defendants' infringement of Plaintiff's copyright in "Outdoor Fitness."

36.     Because Defendants' infringement was intentional and occurred after the effective date of registration, Defendants and each of them, are liable for statutory damages under 17 U.S.C. § 504(c)(2) in the sum of one-hundred and fifty thousand dollars ($150,000) if Plaintiff

1  elects to recover statutory damages in lieu of actual damages, as well as an award of Plaintiff's

2  attorneys' fees.

3      37.    Defendants' willful and intentional copyright infringement has caused and will

4  continue to cause Plaintiff to suffer substantial injuries, loss, and damage to her reputation as well

5  as exclusive right to "Outdoor Fitness," and has caused and will continue to cause Plaintiff to lose

6  profits in amounts not yet ascertained.

7      38.    Plaintiff Vindum begins the story of her life and transformative teachings in

8  Chapter One of "Outdoor Fitness." In Paragraph 22 above, HarperCollins has detailed the word

9  by word copying of this personal story. In Chapter Five of "Pretty Happy," Defendant Hudson

10  uses the same language copied from Plaintiff to describe her own history. In the "Introduction" to

11  "Pretty Happy," Defendant Hudson has claimed that she herself has written the text, and "done

12  [her] homework, culled the most important and valuable takeaways from all [her] research, and

13  presented it [in "Pretty Happy"] as easy-to-follow tips, tools, and strategies." Kate Hudson, Pretty

14  Happy Healthy Ways to Love Your Body xviii (Dey Street Books 2016). In fact, Defendant

15  Hudson knew or should have known that she did not author substantial portions of the text of

16  "Pretty Happy," and knew or should have known that Defendant Fitzpatrick copied excerpts from

17  "Outdoor Fitness" and put them in the manuscript of "Pretty Happy."

18      39.    By attributing the thoughts, words and feelings to herself that were the thoughts,

19  words and feelings of Plaintiff, Defendant Hudson has created the false impression that Plaintiff

20  has imitated Defendant Hudson, when the opposite is the case. This false representation of actions

21  in Plaintiff's life as actions in Defendant Hudson's life is a violation of Plaintiff's reputation, as

22  Plaintiff's claims to her own life story will now be overshadowed by the claims of Defendant

23  celebrity Hudson, so that the public will believe that Plaintiff has copied Defendant Hudson's life

24  story, when in fact the opposite is the case. Appropriation of Plaintiff's story by Defendants

25  injures the reputation of Plaintiff and robs Plaintiff of the ability to tell her own story free of

26  claims that she has copied Defendant Hudson.

27      40.    Defendants' copyright infringement, and the threat of continuing infringement by

28  Defendants, have caused and will continue to cause Plaintiff to suffer repeated and irreparable

injury. It would be difficult to ascertain the amount of money damages that would afford Plaintiff adequate relief at law for Defendants' continuing acts and omissions. Plaintiff's remedy at law is not adequate to compensate for inflicted and threatened injuries, entitling Plaintiff to remedies including injunctive relief as provided by 17 U.S.C. § 502, and an order impounding or destroying any and all infringing copies of "Pretty Happy", whether in print, audiobook or other format, pursuant to 17 U.S.C. § 503. Therefore, Plaintiff respectfully requests as prayed for below that Defendants be restrained and enjoined as authorized by the Copyright Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks relief as follows, that:

1.     The Court issues an injunction enjoining and restraining Defendants and their agents, servants, employees, successors and assigns, and all other persons acting in concert or conspiracy with Defendants or affiliated with Defendants, from:

a.     Copying, reproducing, distributing, creating a derivative work from, or using any portion of "Outdoor Fitness";

b.     Otherwise infringing Plaintiff's copyrights in "Outdoor Fitness"; and

c.     Distributing "Pretty Happy" with the infringing text from in "Outdoor Fitness";

2.     The Court issues a permanent injunction making permanent the orders requested in paragraphs 1(a) through 1(c) of this Prayer for Relief;

3.     The Court issues an order requiring Defendants to serve on Plaintiff within thirty (30) days after service of an injunction a report, in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction;

4.     Plaintiff be awarded on her first claim for relief for Defendants' willful and intentional copyright infringement either: (a) actual damages in an amount to be determined at trial, including reputational damages, together with the profits derived from Defendants' infringement of Plaintiff's copyright or (b) statutory damages for each act of infringement in an amount provided by law, as set forth in 17 U.S.C. § 504 of the maximum for willful infringement ($150,000 per work), at Plaintiff's election before the entry of a final judgment;

5.      The Court awards Plaintiff her reasonable attorney's fees pursuant to 17 U.S.C. §§ 505 and 1203(b);

6.      The Court awards Plaintiff her costs of suit incurred ;

7.      The Court awards pre-judgement interest as allowed by law; and

8.      The Court grants such other and further relief as it deems just and proper.


Dated: April 25, 2016                          DONAHUE FITZGERALD LLP



                                               By: /s/ Andrew S. MacKay
                                                   Anne H. Hocking
                                                   Andrew S. MacKay
                                                   Padmini Cheruvu
                                                   Attorneys for Plaintiff
                                                   TINA VINDUM



                        **<u>DEMAND FOR JURY TRIAL</u>**

        Pursuant to Fed. R. Civ. Pro. 38(b) and Federal CRC 3-6, Plaintiff demands a jury trial.


Dated: April 25, 2016                          DONAHUE FITZGERALD LLP



                                               By: /s/ Andrew S. MacKay
                                                   Anne H. Hocking
                                                   Andrew S. MacKay
                                                   Padmini Cheruvu
                                                   Attorneys for Plaintiff
                                                   TINA VINDUM

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF          CASE No.