IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA VINDUM,<br><br>        Plaintiff,<br><br>  v.<br><br>HARPERCOLLINS PUBLISHER, LLC, et al.,<br><br>        Defendants. | Case No. 16-cv-02244-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On May 4, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of her complaint filed April 25, 2016.

**IT IS SO ORDERED.**

Dated: May 9, 2016

_____
MAXINE M. CHESNEY
United States District Judge